

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| Yolanda Pacheco and Fernando Pacheco, | § | No. 08-19-00129-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| Oscar Lara Rodriguez and Salina Chavez Rodriguez, | § | of Reeves County, Texas |
| | § | (TC# 17-04-21935-CVR) |
| Appellee. | § | |
| | § | |

# **O R D E R**

On May 6, 2019, the Court issued an order for mediation referral. On May 28, 2019, the appellants filed a letter effectively advising the Court that parties have not agreed upon a mediator. Pursuant to the May 6, 2019 order and on our own motion, we order that the appellate timetable suspension is lifted. The Record is now due on or before June 28, 2019.

IT IS SO ORDERED this 29th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.